Buckley cole R. Akerman
4728 Bailey St.
Missoula, MT 59808
406.529.9185

2-18-2022

On February 18, 2022 at the Lake County Detention Center, Polson, MT. Was so overcrowded there was literally seven of us sleeping on the floor in the recreation room. That day ~~they harbor~~ they hid all of us in holding cells, while a film crew came in to document no overcrowding.
11am-2pm.
As they covered all the holding cell windows.
We could hear the gaurds saying, "we don't need any witness's!"

CS3K4 tribal member.         inmate
Matthew Hawkins
66681 North Valley Creek Rd
Ravalli MT 59863
#406) 274-1535

⇒ Justin C. Cook           INMATE
P.O. Box 466 Pablo MT 59855
MSG PHONE - 530-354-5485

⇒ Eric Cruz
514 Claffey drive
Polson MT. 59840

Samuel Alvin DaNino
1408 W Broadway Moussla MT
59802  406 338 2511

Bart Lee Alsup Jr

Dustin Sailor

# INMATE REQUEST/GRIEVANCE

\* Inmate - Be sure to request yellow copy be given to you for your records.
Detention officer to fill out information below and give yellow copy to inmate.

Inmate Name: ACKERMAN, BUCKLEYCOLE
Date: 1/31/22

Request: The Polson/Lake County Detention Center has many extreme human rights violations such as... Human feeces/poop on the floor, floors so un-kept there is a thick layer of dust, dirt, string, ants, lint, hair all over the floor! Ants and centipeeds on the floors, spiders on the beds. Extremely dirty walls! Dried, dripping condensation

( Attach additional pages if necessary )

Page One... of 2

## RESPONSE TO INMATE REQUEST/GRIEVANCE

Inmate Request/Grievance received on 14 day of January, 22. (year)

( Officer **MUST** fill in all blanks in either category A or B. )

**A.** Immediate Response:

Explain: Turn to Camcorder

( Attach additional pages if necessary )

☒ Yellow copy to inmate on 14 day of, 02, 22 .(year)
☒ Original to permanent file on 14 day of, 02, 22 .(year)

**B.** Referred to Supervisor: (No referral if yellow copy of this form is still attached.)

☒ Placed in Supervisor's box on 14 day of 02, 22 .(year)

( Referral form **MUST** be attached).

**DONE** By Detention Officer GREENER on 14 day of Feb, 22 (year)
(Please Print)

Rev. 07/15/99   LCSO I # 3
Mission Valley Printing

# INMATE REQUEST / GRIEVANCE

Additional Page __Two__ of __2__

Inmate Name __ACKERMAN, BUCKLEYCOLE__

Date __1/31/22__

stuck to the walls. A thick layer of dried dirt on the walls that it actually comes off with the wipe of a finger. There is lots of dried foods and liquids all over the walls. There is dried human snot/boogers on the walls, bloody dried human snot/boogers on the walls. There is a thick layer of grime, dried on the ceiling with a yellow tent in some places. A thick pungent odor in the single cells of maybe old dried up human urien. There is a thick layer of Black-Mold on the walls and coming out of the walls. No dought there is black-mold in the walls. Air-vents, there is toxic, freezing air being pumped through the air vents. No doughtly with Black-Mold and I am a serious asthmatic and my lips are getting more and more purple every week! The vent grates are absolutely loaded with grime, dirt, dust, mud, bactera and black-mold. The beds are absolutely covered in dirt, grime, dried food, hair and human finger nails. We are not being properly checked out by medical professionals. No real M.D.'s, EMT's, no Nurse's. All of our prescriptions come from a PA-Physition's Assistent, that comes in once a week. We're never looked at, checked out, our vitals are never taken. We're just prescribed drugs. Now these drugs are given to us daily by detention center gaurds, non-medical professionals. No EMT's, No nurse's, nothing and my medications have been mis-handled on more then one occation. We are not given our weekly recreation, vitamin-D time because this detention center is so constently packed, there's literally people sleeping on the floors. Including the recreation room.

Thank you

☑ Yellow copy to inmate on __14__ day of, __02__ , __22__ .(year)

**DONE** By Detention Officer __GREENER__ on __14__ day of __02__ , __22__ (year)
(Please Print)

Rev. 07/19/13   LCSO I # 3A
Mission Valley Printing

# INMATE REQUEST/GRIEVANCE

\* Inmate - Be sure to request yellow copy be given to you for your records.
Detention officer to fill out information below and give yellow copy to inmate.

Inmate Name: Ackerman, Buckleycole
Date: 2.14.22

Request: In 2021, I was at the Polson/Lake County Detention Center for a short visit, not sure of the dates... Requesting the exact dates please, from booking date to O.R. Date?.. Also during this TIME there was one day were I was transported to the Polson hospital for medical attention. Requesting that exact date as well?..
                                    Thank you

(Attach additional pages if necessary)

## RESPONSE TO INMATE REQUEST/GRIEVANCE

Inmate Request/Grievance received on 14 day of February, 22. (year)

(Officer MUST fill in all blanks in either category A or B.)

**A.   Immediate Response:**

Explain: Booking Date 9/8/21   Release Date 9/22/21
Hospital Date 9/21/21

(Attach additional pages if necessary)
☑ Yellow copy to inmate on 14 day of 2, 22 .(year)
☐ Original to permanent file on ___ day of ___, ___ .(year)

**B.   Referred to Supervisor:** (No referral if yellow copy of this form is still attached.)

☐ Placed in Supervisor's box on ___ day of ___, ___ .(year)

(Referral form MUST be attached).

**DONE** By Detention Officer Cpl Brasch on 14 day of 2, 22 (year)
                    (Please Print)

Rev. 07/15/99   LCSO I # 3
Mission Valley Printing

# INMATE REQUEST/GRIEVANCE

* Inmate - Be sure to request yellow copy be given to you for your records.
Detention officer to fill out information below and give yellow copy to inmate.

Inmate Name: Ackerman, Buckleycole

Date: 2·14·22

Request: Dr. River prescribed a medication to me, one week ago. I have not received it once yet... Information???

Fwd to Commander!

( Attach additional pages if necessary )

## RESPONSE TO INMATE REQUEST/GRIEVANCE

Inmate Request/Grievance received on _____ day of _____, _____ . (year)

( Officer MUST fill in all blanks in either category A or B. )

**A.**  Immediate Response:

Explain: Dr River will discuss your medication with Dr Brenner. River will let staff know tomorrow.

( Attach additional pages if necessary )

☑ Yellow copy to inmate on 14 day of 02, 22 .(year)
☑ Original to permanent file on 14 day of 02, 22 .(year)

**B.**  Referred to Supervisor: (No referral if yellow copy of this form is still attached.)

☐ Placed in Supervisor's box on _____ day of _____, _____ .(year)

( Referral form MUST be attached).

**DONE** By Detention Officer GREENER on 14 day of 02, 22 (year)
(Please Print)

Rev. 07/15/99   LCSO I # 3
Mission Valley Printing

Rec

# INMATE REQUEST/GRIEVANCE

\* Inmate - Be sure to request yellow copy be given to you for your records.
Detention officer to fill out information below and give yellow copy to inmate.

Inmate Name: Ackerman, Buckleycde
Date: 2/16/22

Page One of 2

Request: On Valentine's Day 2022, I put in a Inmate Grievance form about Human Rights Violations at the Lake County Detention Center, Polson Montana. That day every single inmate was given clean underwear, clothes, socks, clean towels, clean wash cloth, clean bedding/sheets. I was not! The next day 2·15·2022, every single inmate recieved food for breakfest, ~~~~~ I did not!

(Attach additional pages if necessary)

## RESPONSE TO INMATE REQUEST/GRIEVANCE

Inmate Request/Grievance received on 18 day of February, 22. (year)

(Officer MUST fill in all blanks in either category A or B.)

**A. Immediate Response:**

Explain: FWD to Commander).

(Attach additional pages if necessary)

☒ Yellow copy to inmate on 18 day of, 02, 22 .(year)
☐ Original to permanent file on ___ day of, ___, ___ .(year)

**B. Referred to Supervisor:** (No referral if yellow copy of this form is still attached.)

☒ Placed in Supervisor's box on 18 day of Feb, 22 .(year)

(Referral form MUST be attached).

**DONE** By Detention Officer MKinzie on 18 day of Feb, 22 (year)
(Please Print)

Rev. 07/15/99    LCSO I # 3
Mission Valley Printing

# INMATE REQUEST/GRIEVANCE

## Additional Page  Two  of  2

Inmate Name  ACKERMAN, BUCKLEYCOLE

Date  2·16·2022

I recieved lunch and one of the worst dinners of my entire life! Out dated corn chips, old bone dry carrotts and a sandwich that had two slices of wet bread! 2·16·2022, every single inmate was given their daily morning prescribed medications that help save their lives. I was not!

9·21·2021, I sat in the Polson/LakeCounty Detention Center for seven-hours with a punctured lung and three broken ribs before being transported to the Polson, MT Emergancy Room.

\* FWD to Commanders

☒ Yellow copy to inmate on  18  day of,  02 ,  22 .(year)

**DONE** By Detention Officer  MKenzie  on  18  day of  Feb ,  22  (year)
(Please Print)

Rev. 07/19/13   LCSO I # 3A
Mission Valley Printing

## LAKE COUNTY DETENTION FACILITY

5/3/2021

NAME: Ackerman, Buckleycole  DATE: 2/4/22  CELL: AS-2

SIGNATURE: X _____

Account Balance: $ 129.00

PRICES ARE SUBJECT TO CHANGE WITHOUT NOTICE.
ORDERS NOT RECEIVED BY THE INMATE BEFORE RELEASE MUST BE PICKED UP BY ORDERING INMATE WITH IN 7 DAYS OF RELEASE OR ORDER WILL BE DESTROYED
NO refunds will be given on items not picked up after release
Spending Limit $30.00
ORDERS WILL BE DELIVERED IN 10-14 BUSINESS DAYS

| QTY | # | ITEM | PRICE | QTY | # | ITEM | PRICE | QTY | # | ITEM | PRICE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **Medical** | | | | **Candy** | | | | **Chips/ Snacks** | |
| | 2077 | Antacid - Generic - 150 ct | $5.45 | | 5011 | Candy Bar - Hershey's | $1.40 | | 7133 | Peanuts 7oz. | $4.25 |
| | 2042 | Cough Drops - Mentholyptus 30 ct | $1.70 | | 5009 | Candy Bar - M & M Peanut | $1.40 | | 7119 | Cashew's 2.5oz. | $3.75 |
| | 4029 | Triple Antibiotic Ointment, .5 oz | $1.85 | | 5008 | Candy Bar - Snickers | $1.40 | | 7120 | Trail Mix 2.0oz. | $1.60 |
| | 2044 | Vitamin - Multiple 100 ct | $5.05 | | 5020 | Three Musketeers | $1.40 | | 7086 | Flour Tortilla's 6ct. | $2.15 |
| | 2025 | Sugarfree Coughdrops 25 ct | $3.35 | | 5022 | Reeses PB Cups | $1.40 | | 7092 | Cup o Noodle Beef | $1.35 |
| | 4059 | Carmex Tube | $2.55 | | 5010 | Twix | $1.40 | | 7093 | Cup o Noodle Chicken | $1.35 |
| | | | | | 5004 | Skittles | $1.40 | | 7094 | Cup o Noodle Spicy Chicken | $1.35 |
| | | | | | 5015 | M&M Peanut Butter | $1.90 | | 7225 | Pepperoni slices | $4.60 |
| | | | | 2 | 5033 | Little Debbie Nutty Bar | $1.10 | | | | |
| | | **Hygiene** | | | | | | 1 | 7045 | Freshleys Honey Bun | $1.95 |
| | 4023 | Brush - Hair | $2.15 | | | | | 4 | 7169 | Chocolate Mini Donuts 6ct. | $1.85 |
| | 2004 | Deodorant - Stick, clear no alchol | $2.70 | | | | | | 7170 | Powdered Mini Donuts 6ct. | $1.85 |
| | 2014 | VO 5 Conditioner - Clear | $2.70 | | | **Chips/ Snacks** | | | 7079 | Oreo Mini Bites | $1.10 |
| | 2036 | VO 5 Shampoo - Clear | $2.70 | | 7073 | BBQ Chips | $1.15 | | 7005 | Famous Amos Choc. Chip. | $1.10 |
| | 2090 | Hair Ties (no metal - limit 2) | $0.30 | | 7062 | Nacho Chips | $1.15 | | 7114 | Peanut Butter Granola bar | $0.75 |
| | 2037 | Skin Care Lotion 4 oz | $1.60 | | 7064 | Chili Corn Chips | $1.15 | | 7115 | Chocolate Chip Granola bar | $0.75 |
| | 4025 | Qtips 100 ct. | $1.60 | | 7022 | Cheetos | $1.35 | | 7039 | Lil Dutch Vanilla Wafers | $1.90 |
| | 4079 | Fixodent | $7.90 | | 7016 | Cheez its | $1.10 | | | | |
| 1 | 4008 | Tooth brush Cover | $1.35 | | 7056 | Graham Crackers | $2.95 | | | **Beverages** | |
| | 2034 | Dandruff Shampoo 4 oz | $2.70 | | 7134 | Wheat Crackers 9oz. | $5.20 | | 6051 | Sugar Free Lemonade Drink Mix 10 Ct | $2.25 |
| | 2047 | Combo Bath Gel 4 oz | $2.70 | | 7121 | Peanut Butter Crackers | $0.75 | | 6050 | Sugar Free Fruit Punch Drink Mix 10 Ct | $2.25 |
| | 4060 | Foam Ear Plugs - 1 Pair | $0.40 | | 7069 | JL Pepperoni stick | $1.90 | | 6062 | Sugar Free Orange Drink Mix 10 Ct | $2.25 |
| | 4028 | Sleeping Mask | $3.20 | | 7077 | TB Beef & Cheddar sticks | $1.85 | | 6053 | Sugar Free Tea Drink Mix 10 Ct | $2.25 |
| | | | | | 7070 | Summer Sausage 5oz. | $4.25 | | 6028 | Keffe Instant 3oz Coffee | $5.35 |
| | | **Office** | | | | | | | 6034 | Chocolate Health Shake 2.0oz. | $3.20 |
| 1 | 4005 | Envelope - Large Manila | $0.55 | | | | | | 6035 | Vanilla Health Shake 2.0oz. | $3.20 |
| | 4063 | Sketch Pad | $2.75 | | | | | | | | |
| | 4062 | Tablet - Legal | $2.75 | | | | | | | | |
| | | Golf Pencil | $0.45 | | | | | | | **Misc.** | |
| | 4048 | Pencils Colored | $3.45 | | | | | | 4043 | Crossword Puzzle (random) | $3.50 |
| | 4000 | Enevelope - #10 | $0.30 | Failure to Remain AT or Below the $30.00 spending limit, | | | | | 4069 | Word Search (random) | $3.50 |
| | 4006 | Eraser | $1.10 | or exceeding your account balance WILL result in your | | | | | 4077 | Sudoku (random) | $3.50 |
| 1 | 4007 | Forever Stamp | $0.58 | order NOT being placed. | | | | | | | |

14.03