IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BUCKLEYCOLE R. ACKERMAN, | Cause No. CV 22–43–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| LAKE COUNTY, MONTANA; SHERIFF DON BELL; LOUIS BRENNER, PA-C; and DOES, 1–10, | |
| Defendants. | |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 13th day of May, 2024.

_____
Donald W. Molloy
United States District Court Judge

1